UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONY WALKER ENTERPRISES, INC.
*d/b/a Picor*,

Plaintiff,

v.

PACIFIC CENTRAL STEEL FABRICATION, INC.,

Defendant.                                              No. 12–CV-586-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court on Plaintiff's Motion for Default Judgment against Defendant, Pacific Central Steel Fabrication, Inc.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the evidentiary hearing held in this Court on October 26, 2012, judgment is entered in favor of Plaintiff, Tony Walker Enterprises, Inc. and against Defendant, Pacific Central Steel Fabrication, Inc., in the amount of $134,769.30.   Accordingly, this case is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:    /s/*Sara Jennings*
           Deputy Clerk


Dated:   October 26, 2012

APPROVED:   *DavidRHerndon*

Digitally signed by
David R. Herndon
Date: 2012.10.26
11:18:39 -05'00'

CHIEF JUDGE
U. S. DISTRICT COURT